IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY J. ELLIS
ADC #78658                                                                PLAINTIFF

v.                      No. 5:16-cv-157-DPM

S. LUDLUM, CCS, Dental Assistant;
J. STIEVE, CCS, B. GRAY, Former CCS
Employee; GRISWALD, CCS, Doctor;
C. HUBBARD, CCS, APN; E. BLAND, CCS,
APN; W. CLOWERS, Former CCS Employee, APN;
C. CAPPS, CCS, APN; A. KING, Former CCS
Employee; A. GRAY, CCS, LPN; C. Chisom, CCS,
Medical Staff; K. HARGRAVE, CCS, LPN; K. SNOW,
Former CCS Employee; ABLES, CCS, LPN; LEGGETT,
CCS, LPN; K. CLEARLY, CEO, Clif Bar Company                DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. The Court notes Ellis's address update, № 16. The Court has had this address for Ellis since late July. № 11.

3. Ellis's motion to clarify, № 17, is granted. Magistrate Judge Volpe's order on Ellis's three-striker status, № 13, supersedes the pending recommendation, № 10. The recommendation is therefore declined without prejudice.

4. Judge Volpe is right: the four dismissals identified in his order, № 13, count as strikes under the statute. 28 U.S.C. § 1915(g). In the circumstances, the Court gives Ellis more time to pay the full $400 filing and administrative fees. He must pay by 23 September 2016, or else the Court will dismiss this case without prejudice. If Ellis pays by the deadline, then the Court will reinstate and rule on the recommendation, № 10.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2016