IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY J. ELLIS
ADC #78658                                                    PLAINTIFF

v.                          No. 5:16-cv-157-DPM

S. LUDLUM, CCS, Dental Assistant;
J. STIEVE, CCS; B. GRAY, Former CCS
Employee; GRISWALD, CCS, Doctor;
C. HUBBARD, CCS, APN; E. BLAND, CCS,
APN; W. CLOWERS, Former CCS Employee, APN;
C. CAPPS, CCS, APN; A. KING, Former CCS
Employee; A. GRAY, CCS, LPN; C. Chisom, CCS,
Medical Staff; K. HARGRAVE, CCS, LPN; K. SNOW,
Former CCS Employee; ABLES, CCS, LPN; LEGGETT,
CCS, LPN; K. CLEARY, CEO, Clif Bar Company          DEFENDANTS

## ORDER

The Court has given Ellis plenty of time to pay the filing fee, № 13 & 18.

Ellis has not done so. Based on lack of access to library materials, he asks for

more time to respond on the merits of whether he is a 3–striker. That motion,

№ 21, is denied. Ellis's status is clear. He has filed many cases, at least four

of which satisfy the statutory criteria. See Judge Volpe's Order, № 13, which

the Court directs the Clerk to send Ellis again. There's been no showing that

Ellis satisfies the imminent–danger exception. The complaint will be

dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

29 September 2016