IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY J. ELLIS
ADC #78658                                                                                     PLAINTIFF

v.                                  No. 5:16-cv-157-DPM

S. LUDLUM, CCS, Dental Assistant;
J. STIEVE, CCS; B. GRAY, Former CCS
Employee; GRISWALD, CCS, Doctor;
C. HUBBARD, CCS, APN; E. BLAND, CCS,
APN; W. CLOWERS, Former CCS Employee, APN;
C. CAPPS, CCS, APN; A. KING, Former CCS
Employee; A. GRAY, CCS, LPN; C. Chisom, CCS,
Medical Staff; K. HARGRAVE, CCS, LPN; K. SNOW,
Former CCS Employee; ABLES, CCS, LPN; LEGGETT,
CCS, LPN; K. CLEARY, CEO, Clif Bar Company                          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2016